UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 11-457 |
| ROY CASTRO | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant U.S. Attorney, appearing), and defendant Roy Castro (Antonio J. Toto, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this        day of October, 2011,

ORDERED that this action be, and hereby is, continued from October 29, 2011 through November 30, 2011; and it is further

ORDERED that the period from October 29, 2011 through November 30, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

-2-

Form and entry
consented to:

_____
Shana W. Chen
Assistant U.S. Attorney

_____
Antonio J. Toto
Counsel for defendant Roy Castro

-3-