UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ROY CASTRO                    SBI # 000558815C
Crim. No. 11-457 (WHW)

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. Roy Castro (D/O/B: ~~redacted~~) is now confined at South Woods State Prison, Bridgeton, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on Tuesday, November 22, 2011 at 9:30 a.m. for a plea hearing before the Honorable William H. Walls.

A Writ of Habeas Corpus should issue for that purpose.

DATED:
_____
SHANA W. CHEN
ASSISTANT U.S. ATTORNEY

---

# ORDER

Let the Writ Issue.

DATED: November 16, 2011

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

---

# WRIT OF HABEAS CORPUS

The United States of America to Warden of the South Woods State Prison, Bridgeton, New Jersey. WE COMMAND that you have the body of

ROY CASTRO,

now confined in the South Woods State Prison, brought before the Honorable William H. Walls, United States District Judge, on November 22, 2011, at 9:30 a.m., at the United States District Court, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, so that he may appear in the above-captioned matter.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey

DATED: 11/16/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk