

# M E M O R A N D U M

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **To:** | Honorable William H. Walls<br>United States District Judge |
| **cc:** | Shana Chen<br>Assistant United States Attorney<br><br>Antonio Toto<br>Defense Counsel |
| **From:** | Barbara Hutchinson<br>United States Pretrial Services Officer |
| **Re:** | CASTRO, Roy<br>Docket No.11-4571-1 |
| **Date:** | October 19, 2011 |

Attached is a Petition for Action on Conditions of Pretrial Release recommending that Your Honor order the following:

**X A warrant shall be issued to act as a detainer for the defendant.**

☐ The conditions of release shall be amended as indicated in the attached Petition for Action.

☐ A hearing shall be scheduled to address the violation of the conditions of pretrial release.

Should Your Honor concur with the recommendation, an Order has been provided for your signature.

Pretrial Services is available to the Court should any further information be needed.

Thank you for Your Honor's attention to this matter.

Reviewed by:

_____

Jonathan Muller
Supervising United States Pretrial Services Officer

**UNITED STATES DISTRICT COURT**
for the
**District of New Jersey**

U.S.A. vs. **Roy Castro**                                    Docket No. 11-457-1

### Petition for Action on Conditions of Pretrial Release

     COMES NOW **Barbara Hutchinson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Roy Castro**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court in Newark, on November 4, 2010, on a $100,000 Unsecured Appearance Bond with four co-signers under the following conditions:

1. Pretrial Services supervision;
2. The defendant's mother, Maria Cubero shall serve as third party custodian;
3. The defendant shall reside with his third party custodian;
4. The defendant shall be placed on 24 hours hour arrest with electronic monitoring with absences to be approved fro Court, Attorney visits, medical treatment and other activities approved by Pretrial Services;
5. The defendant shall abstain from the consumption of alcohol;
6. The defendant shall participate in alcohol and substance abuse testing and treatment as deemed appropriate by Pretrial Services;
7. The defendant shall surrender passport and not re-apply for any new travel documents;
8. The defendant's travel is restricted to New Jersey unless otherwise approved.

     Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **A warrant to act as a detainer**

ORDER OF COURT

Considered and ordered this ___20___ day of _December 2011_ and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
United States Senior District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed

on  _____

_____
Barbara Hutchinson
United States Pretrial Services Officer